# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| JHAMERRICK R. MILTON, #01885551, | § | |
| Petitioner, | § | |
| v. | § | Case No. 6:26-cv-15-JDK-JDL |
| DIRECTOR, TDCJ-CID, | § | |
| Respondent. | § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

This action was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for disposition.

On July 13, 2026, the Magistrate Judge issued a Report recommending that Petitioner Jhamerrick R. Milton's petition for writ of habeas corpus under 28 U.S.C. § 2254 be dismissed with prejudice. Docket No. 29. Petitioner filed objections. Docket No. 31.

When a party objects to a Report and Recommendation, the Court reviews the objected-to findings and conclusions of the Magistrate Judge de novo. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Services, LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, having conducted a de novo review of the record and the Magistrate Judge's Report, the Court has determined that the Report is correct and that

Petitioner's objections are without merit. Accordingly, the Court **OVERRULES** the objections and **ADOPTS** the Report of the Magistrate Judge (Docket No. 29) as the opinion of the District Court.

Petitioner's petition for habeas corpus is hereby **DISMISSED** with prejudice.

Further, the Court **DENIES** a certificate of appealability.

Any pending motions are **DENIED** as moot.

So **ORDERED** and **SIGNED** this **27th** day of **August, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE